ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
4 Penn Center, Suite 900
Philadelphia, PA 19103
Telephone: (215) 568-7515
Facsimile: (215) 557-7922
Gary M. Schildhorn, Esq. (GS2557)
William R. Hinchman, Esq. (WS3631)
Jennifer R. Hoover, Esq. (JH7389)
Jonathan M. Stemerman, Esq. (JS8250)

*Attorneys for Broad-Bussel Limited Partnership,
Marie Louise Michelsohn, Michelle Michelsohn
and Herbert Blaine Lawson, Jr., individually and
on behalf of all other persons and entities similarly situated*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                        :
In re:                                  :    Chapter 11
                                        :
BAYOU GROUP, LLC, *et al.*,             :    Case No. 06-22306 (ASH)
                                        :
            Debtors.                    :    Jointly Administered
_____X

**MOTION OF CLASS PLAINTIFFS TO PARTIALLY WITHDRAW
THE REFERENCE OF THE BAYOU BANKRUPTCY CASES
PURSUANT TO 28 U.S.C. § 157(d) AND FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 5011(a)</u>**

The Class Plaintiffs, Broad-Bussel Family Limited Partnership, *et al.* ("Class

Plaintiffs"),[1] individually and on behalf of other similarly situated persons and entities

---

[1] The "Class Plaintiffs" consist of the Broad-Bussel Family Limited Partnership, Mary-Louise Michelson, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all similarly situated Bayou hedge fund investors, in the proceedings captioned <u>Broad-Bussel Family Limited Partnership, *et al.* v. Bayou Group LLC, *et al.*</u>, Civil Action No. 06 Civ. 3026 (CM) (S.D.N.Y.) (the "Class Action"). The Class Action is pending before Judge Colleen McMahon in the United States District Court for the Southern District of New York (the "District Court") and the parties there are presently briefing motions to dismiss.

who, during the period December 31, 1996 through August 25, 2005 were damaged by investing in one or more of the Bayou ("Bayou") family of hedge funds, hereby file this Motion to partially withdraw the reference of the pending bankruptcy proceedings, jointly administered at Case No. 06-22306, pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a). Specifically, the Class Plaintiffs seek the withdrawal of the reference of the Motion of Class Plaintiffs for Declaratory Relief, which has been filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") concurrently herewith. In support thereof, the Class Plaintiffs refer the Court to their Memorandum of Law submitted contemporaneously herewith and all prior proceedings herein.

Dated: August 15, 2006  
New York, NY

Respectfully Submitted,

ADELMAN LAVINE GOLD AND LEVIN,  
A Professional Corporation

By: /s/ William R. Hinchman  
Gary M. Schildhorn, Esq. (GS2557)  
William R. Hinchman, Esq. (WS3631)  
Jennifer R. Hoover, Esq. (JH7389)  
Jonathan M. Stemerman, Esq. (JS8250)  
4 Penn Center, Suite 900  
Philadelphia, PA 19103  
Telephone: (215) 568-7515  
Facsimile: (215) 557-7922

*Attorneys for Plaintiffs Broad-Bussel Family Limited Partnership Marie-Louise Michelson, Michelle Michelson, and Herbert Blaine Lawson, Jr., individually and on behalf of all persons and entities similarly situated*

OF COUNSEL:

BERGER & MONTAGUE, P.C.
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

KOSKOFF, KOSKOFF, & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT  06604
Telephone: (203) 336-4421
Facsimile: (203) 368-3244