UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE BAYOU HEDGE FUND INVESTMENTS : No. 06 MDL 1755 (CM)
LITIGATION :
---------------------------------------------------------------x

## ORDER PARTIALLY WITHDRAWING THE REFERENCE OF THE BAYOU BANKRUPTCY CASES PURSUANT TO 28 U.S.C. § 157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011(a)

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion (the "Motion") of the Class Plaintiffs to Partially Withdraw the Reference of the Bayou Bankruptcy Cases Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a), and any responses thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the reference of the Motion of the Class Plaintiffs for Declaratory Relief (the "Motion for Declaratory Relief") filed in the jointly administered bankruptcy proceedings captioned, *In re Bayou Group, LLC, et al.*, 06-22306 (ASH) (Bankr. S.D.N.Y.) is hereby withdrawn; and it is further

ORDERED that the Motion for Declaratory Relief shall be decided as part of the above-captioned multidistrict litigation proceeding.

BY THE COURT:

_____
THE HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT COURT JUDGE