From: Larry Lederer
Sent: Friday, July 21, 2006 12:06 PM
To: 'Schwartz, H.Jeffrey'
Cc: Frejka, Elise; Mennitt, Gary; bbloss@koskoff.com; 'Neal Deyoung'; Merrill Davidoff; Susan Leo; lvines
Subject: RE: Broad-Bussel Family LP, et al. v. Bayou Group LLC, et al. (S.D.N.Y.)

Mr. Schwartz:

It would be helpful given that there are multiple claims and defendants if you advised us which claims you specifically believe are exclusively estate claims. It would also be helpful if you could advise us how, in your view, the prosecution of the Broad-Bussel plaintiffs' class action has a direct and immediate impact on estate assets.

Thank you.

Larry Lederer

1