ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
4 Penn Center, Suite 900
Philadelphia, PA 19103
Telephone: (215) 568-7515
Facsimile: (215) 557-7922
Gary M. Schildhorn, Esquire (GS 2557)
William R. Hinchman, Esquire (WH 3631)
Jonathan M. Stemerman, Esquire (JS 8250)
Jennifer R. Hoover, Esquire (JH 7389)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CIV. 6478**

**Plaintiff (Movant)**
Broad-Bussel Family Limited Partnership
Mary-Louise Michelsohn, Michelle Michelsohn
and Herbert Blaine Lawson, Jr., individually and
on behalf of all similarly situated Bayou hedge
fund investors

Case No. _____

v.

**Defendant (Respondant)**

RULE 7.1 STATEMENT

BAYOU GROUP, LLC

 

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Movant</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   **N/A**

Date: 8/16/06

_____
WILLIAM R. HINCHMAN (WH 3631)

_____
STEVEN D. USDIN (SDU 3812)

g:\401\91\Pleadings\Rule 7.1 Statement

