UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Bayou Hedge Fund Investment Litigation<br><br>---<br><br>Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated<br><br>Plaintiffs,<br><br>v<br><br>Bayou Group, LLC<br><br>Defendants. | MDL No. 1755 (CM)<br><br><br><br>Civil Action No. 06 cv 6478 (cm)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I, WILLIAM R. HINCHMAN, ESQUIRE, hereby certify that on September 8, 2006 a true and correct copy of the Notice of Case Assignment was served via First Class Mail upon Elise Scherr Frejka, Esquire at Dechert LLP, 30 Rockefeller Plaza, New York, NY 10012.

Dated: August 16, 2006

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ William R. Hinchman
William R. Hinchman, Esquire
Suite 900, Four Penn Center
Philadelphia, PA 19103

Counsel to Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated