UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: BAYOU HEDGE FUND INVESTMENT  :  Case No. 06-md-01755 (CM)
LITIGATION                          :
                                    :
------------------------------------------------------------X
THIS DOCUMENT RELATES TO:           :
                                    :
Case No. 06-cv-03026                :
Case No. 06-cv- 6478                :

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

William R. Hinchman, having represented that he is a member in good standing of the bar in the Commonwealth of Pennsylvania, and having requested admission, *pro hac vice*, to represent Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated in the above-referenced cases; it is hereby

**ORDERED**, that William R. Hinchman, Esquire is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       9/7        , 2006

_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____