UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE: BAYOU HEDGE FUND INVESTMENT    :   Case No. 06-md-01755 (CM)
LITIGATION                                                    :
:
-------------------------------------------------------------X
THIS DOCUMENT RELATES TO:                    :
:
Case No. 06-cv-03026                                    :
Case No. 06-cv- 06478                               :

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Jennifer R. Hoover, having represented that he is a member in good standing of the bar in the Commonwealth of Pennsylvania, and having requested admission, *pro hac vice*, to represent Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated in the above-referenced cases; it is hereby

**ORDERED**, that Jennifer R. Hoover, Esquire is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       9/7      , 2006

_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____