ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Gary M. Schildhorn, Esquire (GMS 2557)
William R. Hinchman, Esquire (WRH 3631)
Suite 900, Four Penn Center
Philadelphia, PA  19103

Attorneys for Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle
Michelsohn and Herbert Blaine Lawson, Jr., individually and
on behalf of all other persons and entities similarly situated

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Bayou Hedge Fund Investment Litigation<br>_____<br>Broad-Bussel Family Limited Partnership,<br>Marie-Louise Michelsohn, Michelle<br>Michelsohn and Herbert Blaine Lawson, Jr.,<br>individually and on behalf of all other persons<br>and entities similarly situated<br><br>                Plaintiffs,<br><br>                v<br><br>Bayou Group, LLC<br><br>                Defendants. | MDL No. 1755 (CM)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 06 cv 6478 (cm)<br><br>ECF Case |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:    Bayou Group, LLC AND THE ASSISTANT UNITED STATES TRUSTEE

      PLEASE TAKE NOTICE that William R. Hinchman, Esquire hereby withdraws his
appearance as counsel for the Broad-Bussel Family Limited Partnership, Marie-Louise
Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of
all other persons and entities similarly situated (the "Broad-Bussel Family Limited Partnership, *et
al.*"), in the above-referenced case, and requests that all further notices should continue to be

served upon the counsel for the Broad-Bussel Family Limited Partnership, et al. as follows:

Adelman Lavine Gold and Levin, a Professional Corporation
Gary M. Schildhorn, Esquire
Suite 900
Four Penn Center
Philadelphia, PA 19103
Phone: 215-568-7515
Facsimile: 215-557-7922
gschildhorn@adelmanlaw.com

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ William R. Hinchman
William R. Hinchman, Esquire
Suite 900, Four Penn Center
Philadelphia, PA  19103-2808
(215) 568-7515

Dated:  September 26, 2006