ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Gary M. Schildhorn, Esq. (GS2557)
Jonathan M. Stemerman, Esq. (JS8250)
4 Penn Center, Suite 900
Philadelphia, PA 19103
Telephone: (215) 568-7515
Facsimile: (215) 557-7922

Attorneys for Broad-Bussel Family Limited Partnership,
Marie-Louise Michelsohn, Michelle Michelsohn and
Herbert Blaine Lawson, Jr., individually and on
behalf of all other persons and entities similarly situated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Bayou Hedge Funds Investment Litigation | : MDL No. 1755 (CM) |
| In re Bayou Group, LLC, *et al.*, | : Civil Action No. 06 cv 6478 (CM) |
| | : ECF Case |

### NOTICE OF WITHDRAWAL OF MOTION OF CLASS PLAINTIFFS TO PARTIALLY WITHDRAW THE REFERENCE OF THE BAYOU BANKRUPTCY CASES PURSUANT TO 28 U.S.C. § 157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011(a)

PLEASE TAKE NOTICE THAT on August 28, 2006, the Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated, by and through their undersigned counsel, filed the **Motion of Class Plaintiffs to Partially Withdraw the Reference of the Bayou Bankruptcy Cases Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a)** (the "Motion") [Docket No. 1].

PLEASE TAKE FURTHER NOTICE THAT the Motion is hereby withdrawn without prejudice, because the parties have by stipulation resolved the issues set forth in that Motion.

                                              ADELMAN LAVINE GOLD AND LEVIN,
                                              a Professional Corporation

                                              Gary M. Schildhorn, Esq. (GS2557)
                                              Jonathan M. Stemerman, Esq. (JS8250)
                                              4 Penn Center, Suite 900
                                              Philadelphia, PA  19103
                                              Telephone:  (215) 568-7515
                                              Facsimile:  (215) 557-7922

                                              Attorneys for the Broad-Bussel Family
                                              Limited Partnership, Marie-Louise
                                              Michelsohn, Michelle Michelsohn and
                                              Herbert Blaine Lawson, Jr., individually and
                                              on behalf of all other persons and entities
                                              similarly situated

Dated:  October 18, 2006