UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Bayou Hedge Fund Investment Litigation<br><hr>Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated<br><br>    Plaintiffs,<br><br>    v<br><br>Bayou Group, LLC<br><br>    Defendants. | MDL No. 1755 (CM)<br><br><br><br><br><br>Civil Action No. 06 cv 6478 (cm)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I, Jonathan M. Stemerman, Esquire, hereby certify that on October 19, 2006 a true and correct copy of the **NOTICE OF WITHDRAWAL OF MOTION OF CLASS PLAINTIFFS TO PARTIALLY WITHDRAW THE REFERENCE OF THE BAYOU BANKRUPTCY CASES PURSUANT TO 28 U.S.C. § 157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011(a)** was served via Electronic Delivery and/or First Class Mail upon Elise Scherr Frejka, Esquire at Dechert LLP, 30 Rockefeller Plaza, New York, NY 10012.

Dated: October 19, 2006

            ADELMAN LAVINE GOLD AND LEVIN,
            A Professional Corporation

            /s/ Jonathan M. Stemerman
            Jonathan M. Stemerman, Esquire (JS8250)
            Suite 900, Four Penn Center
            Philadelphia, PA 19103
            215-658-7515

            Attorneys For Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn And Herbert Blaine Lawson, Jr., Individually And On Behalf Of All Other Persons And Entities Similarly Situated